IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANDRA WOODS o/b/o
MARLON TOWERY                                                              PLAINTIFF

      v.                              Civil No. 04-4138

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                    DEFENDANT

## **JUDGMENT**

Comes now the Court on this 7th day of November, 2005, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that, construing the plaintiff's Supplemental Appeal Brief as a Motion to Consider Additional Evidence (Doc. #6), the decision of the Commissioner of the Social Security Administration is hereby remanded to the Commissioner, pursuant to **sentence six**, *42 U.S.C. § 405(g),* for consideration of all new and material evidence, consistent with the Memorandum Opinion.

    IT IS SO ORDERED.

                                 /s/ Bobby E. Shepherd
                                HONORABLE BOBBY E. SHEPHERD
                                UNITED STATES MAGISTRATE JUDGE