IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANDRA WOODS,  PLAINTIFF
*on behalf of*
A MINOR CHILD, M.T.

v.  Case No. 4:04-cv-04138

MICHAEL J. ASTRUE  DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

On July 29, 2008, Plaintiff filed a Motion of Voluntary Dismissal, requesting that the present action be dismissed pursuant to Federal Rule of Civil Procedure 41(a). (Doc. No. 13). The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (Doc. No. 3). Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Pursuant to Rule 41(a)(2), this Court is authorized to dismiss this case "upon such terms and conditions as the court deems proper." This Court finds that Plaintiff's Motion of Voluntary Dismissal (Doc. No. 13) is well-taken and should be **GRANTED.** Plaintiff's action is dismissed without prejudice.

**ENTERED this 30th day of July, 2008.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE