IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANDRA WOODS,                                                        PLAINTIFF
*on behalf of*
A MINOR CHILD, M.T.

v.                                Case No. 4:04-cv-04138

MICHAEL J. ASTRUE                                    DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

In accordance with the Memorandum Opinion entered on this date, this Court dismisses Plaintiff's case without prejudice.

**ENTERED this 30th day of July, 2008.**

                                                                /s/   Barry A. Bryant
                                                                 HON. BARRY A. BRYANT
                                                                 U.S. MAGISTRATE JUDGE